FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN -5 PM 4: 27

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF THREE IPHONE CELLULAR ) <br> TELEPHONES ASSIGNED UNITED ) <br> STATES SECRET SERVICE ) <br> EVIDENCE NUMBERS 330-2018-CE1, ) <br> ITEMS # 1-3 ) <br> - - - - - - - - - - - - - ) <br> IN THE MATTER OF THE SEIZURE ) <br> OF THE CONTENTS OF WELLS ) <br> FARGO BANK ACCOUNT 1322161140 ) <br> IN THE NAME OF JDI TRANSPORT ) <br> - - - - - - - - - - - - ) <br> UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> YOSVEL LICOR NUNEZ, et al. ) | CASE NO. MJ417-092 <br><br><br><br><br><br><br><br><br><br><br> CASE NO. CR418-084 |

## ORDER

The foregoing motion to unseal having been read and considered, it is hereby ORDERED that search warrants, seizure warrant, applications, orders, affidavits, attachments, and returns associated with Case No. MJ417-092 be and are UNSEALED.

HOWEVER, it is FURTHER ORDERED that, for good cause shown, defendants and their counsel shall not disseminate the aforementioned documents or their contents beyond that necessary to the preparation of the defense of this case.

SO ORDERED, this 5th day of June, 2018.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE